UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| E. TRACY WATTS BENNETT, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:13-cv-0128 |
| | ) Judge Sharp |
| SHERIFF DAVID ANDREWS, et al., | ) Magistrate Judge Brown |
| Defendants. | ) |

# ORDER

Plaintiff E. Tracy Watts Bennett was previously confined at Putnam County Justice Center in Cookeville, Tennessee. Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that Defendants failed to provide Plaintiff with adequate medical treatment for a broken arm, causing Plaintiff to suffer permanent injury.

Magistrate Judge Brown has issued a Report and Recommendation ("R & R") (Docket No. 25) in which he recommends that Defendant's Motion to Dismiss for Lack of Prosecution (Docket No. 21) be granted and this case dismissed without prejudice. Despite being advised that any objection needed to be filed within fourteen days, Plaintiff has filed none. Indeed, the record shows that Plaintiff has not participated in the litigation since February 2014, when Plaintiff provided the Court with an updated address.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Court hereby rules as follows:

1) The Report and Recommendation (Docket No. 25) is ACCEPTED and APPROVED;

2) Defendant's Motion to Dismiss (Docket No. 21) is GRANTED; and

3) This case is DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE